IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| Genesis Health Care, Inc., | ) | Civil Action No. 4:18-mc-235-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Alex M. Azar II, as Secretary of the United States Department of Health and Human Services, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

The parties, Genesis Health Care, Inc., and Defendant, Alex M. Azar, II, Secretary of the United States Department of Health and Human Services, et al., through their undersigned counsel, have notified the Court that they have made progress in resolving some, if not all, of the issues in dispute. Given these events, the Court hereby stays this action for sixty (60) days, at which time the Parties shall submit a report advising the Court of the status of the case.

December 7, 2018  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge